UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Luna-Barajas ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR2213-DMS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 10042298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Cristina Santiago-Pascual
Arrgn. 6-20-08

DATED: 7-3-08

RECEIVED _____
DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by /s/ G. Perrault
Deputy Clerk

**G PERRAULT**